


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WILLIAM H. SANDERS, on behalf of Himself and all others similarly situated,

Plaintiff,

vs.

FOREX CAPITAL MARKETS, LLC,

Defendant.

No. 11 Civ. 0864 (CM)

STIPULATION AND ORDER EXTENDING TIME

WHEREAS, Plaintiff filed the Complaint in this action on February 8, 2011 and Defendant's time to answer, move or otherwise respond to the Complaint was extended from March 8, 2011 to April 7, 2011 by stipulation so-ordered by the Court on March 7, 2011; and

WHEREAS Plaintiff anticipates filing an Amended Complaint, as described in Plaintiff's RICO Case Statement filed March 30, 2011;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties, that:

1. Defendant shall answer, move or otherwise respond to the Amended Complaint not later than thirty (30) days after the Amended Complaint is filed; and

2. In entering into this stipulation, Defendant does not waive, and expressly reserves, any and all defenses, objections and arguments.

Dated: New York, New York
April 7, 2011

WEIL, GOTSHAL & MANGES LLP

By: [signature]
Irwin H. Warren
Richard W. Slack

767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for Defendant*

MORGAN & MORGAN, P.A.

By: [signature]
Tucker Byrd
Florida Bar No. 381632
J. Carlos Real, Esq.
New York Reg. No. 4147310
Admitted *Pro Hac Vice*

N. Orange Avenue, Suite 1600
Orlando, FL 32801
(407) 244-9494

*Attorneys for Plaintiff*

SO ORDERED.

Dated: New York, NY
8 April, 2011

[signature]
The Honorable Colleen McMahon
United States District Judge