UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
WILLIAM H. SANDERS, on behalf of  :
Himself and all others similarly situated, : **CASE NO.:** 1:11-cv-00864-CM
                                          :
       Plaintiff,                        :
                                          : **NOTICE OF MOTION FOR**
**vs.**                                   : **LEAVE TO FILE AN**
                                          : **AMENDED COMPLAINT**
FOREX CAPITAL MARKETS, LLC,               :
                                          :
       Defendant.                        :
_____:

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for Leave to File an Amended Complaint, Plaintiff William H. Sanders ("Sanders"), on behalf of himself and all others similarly situated, will move this Court, before the Honorable Judge Colleen McMahon, United States District Judge for the Southern District of New York, Courtroom 14C, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date set by the Court, for an order granting him leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15, and for such other relief as the Court deems just and proper.

    Dated: September 7, 2011

                              **MORGAN & MORGAN, P.A.**
                              **Business Trial Group**

                By:   */s/Damien H. Prosser*
                        Tucker H. Byrd, Esq. (Lead Trial Counsel)
                        Florida Bar No. 381632
                        TByrd@BusinessTrialGroup.com
                        Damien H. Prosser, Esq.
                        Florida Bar No.. 0017455
                        DProsser@BusinessTrialGroup.com
                        20 N. Orange Avenue
                        Orlando, FL  32801
                        Telephone: 407-244-9494
                        Facsimile: 407-418-2048

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record by filing with the Court's CM/ECF system this 7th day of September, 2011.

/s/Damien H. Prosser
Damien H. Prosser